# BLUE RIDGE HOMES, INC., and RICHARD CARVALHO,
## Plaintiffs and Appellees,
### v.
# RONALD J. THEIN, RACHEL THEIN, and FIRST SECURITY BANK,
## Defendants and Appellants.

No. DA 07-0267.
Submitted on Briefs March 12, 2008.
Decided May 29, 2008.
2008 MT 188.
343 Mont. 500.
___ P.3d ___.

Opinion withdrawn by Supreme Court and reissued on July 29, 2008. The reissued opinion is now cited at 345 Mont. 125.